ELINORE I. JOHNSON, Respondent, *v.* FRANCIS D. WINS-LOW et al., Individually and as Copartners under the Firm Name of MUNDS, WINSLOW AND POTTER, Appellants.

(Submitted September 28, 1936; decided October 6, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 272 N. Y. 467.)

In the Matter of SANDER METSELAAR, Appellant, against LEON SPILKY, Respondent.

(Submitted September 28, 1936; decided October 6, 1936.)

*Harry Kwestel* for motion.

*Charles J. Herson* opposed.

Motion granted and appeal dismissed, without costs.